**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1718**

_____

ZHAO WEN CHEN,

       Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

       Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: November 16, 2011    Decided: December 13, 2011

_____

Before KING, AGEE, and DIAZ, Circuit Judges.

_____

Petition denied in part and dismissed in part by unpublished per curiam opinion.

_____

Michael Brown, New York, New York, for Petitioner. Tony West, Assistant Attorney General, William C. Peachey, Assistant Director, Paul T. Cygnarowicz, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhao Wen Chen, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motions to reconsider and reopen. We have reviewed the administrative record and Chen's claims and conclude that the Board did not abuse its discretion in denying Chen's motion to reopen his asylum claim. See 8 C.F.R. § 1003.2(a), (c) (2011). We accordingly deny the petition for review in part for the reasons stated by the Board. See In re: Chen (B.I.A. June 2, 2010). We dismiss the petition for review in part for lack of jurisdiction with respect to Chen's challenge to the Board's denial of his motion to reopen and reconsider his claim for cancellation of removal. See 8 U.S.C. § 1252(a)(2)(B)(i) (2006). Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED IN PART
AND DISMISSED IN PART